John B. Kearney, Esquire
kearneyj@ballardspahr.com
Christopher N. Tomlin, Esquire
tomlinc@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
Telephone: 856.761.3400
Facsimile: 856.761.1020
*Attorneys for Defendants LG Electronics, Inc.
and LG Electronics USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEBORAH MOULTON, individually and on behalf of all others similarly situated, | : :  : CIVIL ACTION NO. 2:11-cv-04073-JLL |
| Plaintiff, | : : |
| v. | : : |
| LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC. | : **CONSENT ORDER EXTENDING TIME** : **TO RESPOND TO COMPLAINT** |
| Defendants. | : : |

THIS MATTER having been opened to the Court by Ballard Spahr LLP, counsel for defendants LG Electronics, Inc. and LG Electronics USA, Inc. ("Defendants"), by way of an application for a two-week extension of the deadline by which Defendants must answer, move, or otherwise respond to the Complaint; and the Court having granted two previous extensions; and Defendants having requested an additional two-week extension, with the agreement of Plaintiff's counsel, to continue to pursue productive discussions; and it being understood that Defendant LG Electronics, Inc. continues to reserve all arguments with respect to service of process and jurisdiction over Defendant LG Electronics, Inc.; and for good cause shown;

IT IS THIS 19th day of January, 2012 hereby ORDERED that the deadline by which Defendants must answer, move, or otherwise respond the Complaint is extended up to and including February 3, 2012.

IT IS SO ORDERED

_____
HON. JOSE L. LINARES, U.S.D.J.

By their signatures, the counsel below consent to the form and substance of this Order and its immediate entry on the docket.

| /s/ Gary S. Graifman | /s/ Christopher N. Tomlin |
|---|---|
| Gary S. Graifman, Esq. | Christopher N. Tomlin, Esq. |
| KANTROWITZ, GOLDHAMER & GRAIFMAN P.C. | BALLARD SPAHR LLP |
| 747 Chestnut Ridge Road, Suite 200 | 210 Lake Drive East, Suite 200 |
| Chestnut Ridge, NY 10977 | Cherry Hill, NJ 08002 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |