UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------------ x
DEBORAH MOULTON, individually and on
behalf of all others similarly situated,

                Plaintiff,

        - against -

LG ELECTRONICS, INC. and LG
ELECTRONICS USA, INC.

Defendants.
------------------------------------------------------------------ X

2:11-cv-04073-JLL

*Document Electronically Filed*

## ORDER

**THIS MATTER** having come before the Court upon the Motion to Dismiss Plaintiff Deborah Moulton's Class Action Complaint, filed by Defendant LG Electronics USA, Inc. ("Defendant"); and the Court having considered the arguments in support of the Motion, as well as any arguments in opposition thereto; and good cause having been shown;

**IT IS THIS** ____ day of _____, 2012 hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** in its entirety as against Defendant.

_____
HON. JOSE L. LINARES, U.S.D.J.