## CERTIFICATE OF SERVICE

      I, John B. Kearney, certify that, on this day, I caused the foregoing Motion to Dismiss, and all supporting documents, to be electronically filed with the Court, with a courtesy copy served via ECF and regular mail to the following:

| | |
|---|---|
| Gary S. Graifman, Esq<br>Kantrowitz, Goldhamer, & Graifman, P.C.<br>747 Chestnut Ridge Road, Suite 200<br>Chestnut Ridge, NY  10977<br>T: 845.356.2570<br>ggraifman@kgglaw.com<br>*Attorneys for plaintiff* | Thomas P. Sobran, Esq.<br>7 Evergreen Lane<br>Hingham, MA  02043<br>T:  781.741.6075<br>tsobran@sobranlaw.com<br><br>*Attorneys for plaintiff* |

Date: February 3, 2012

                                                       /s/ John B. Kearney
                                                      John B. Kearney