## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DEBORAH MOULTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG Electronics, Inc. and LG Electronics USA, Inc.,<br><br>Defendants. | Civil Action No. 2:11-CV-04073-JLL-MAH<br><br>**CLASS ACTION** |

**CONSENT ORDER ENLARGING TIME FOR DEBORAH MOULTON TO RESPOND TO LG ELECTRONICS, USA, INC.'S MOTION TO DISMISS THE CLASS COMPLAINT**

With the consent of counsel for the respective parties, it is hereby ORDERED that the time plaintiff Deborah Moulton shall respond to LG Electronics, USA, Inc.'s motion to dismiss is enlarged to and including March 13, 2012.

HON. JOSE L. LINARES, U.S.D.J.

Entered: 2-21-12

The parties hereby signify this consent to the above order.

_s/Christopher N. Tomlin_
Christopher N. Tomlin, Esq.
John B. Kearney, Esq.
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
*Attorneys for Defendants LG Electronics, Inc.*
*and LG Electronics USA, Inc.*

_s/Gary S. Graifman_
Gary S. Graifman, Esq.
Kantrowitz, Goldhamer
& Graifman, P.C.
210 Summit Avenue
Montvale, NJ 07642
*Attorneys for Plaintiff*