John B. Kearney, Esquire
kearneyj@ballardspahr.com
Christopher N. Tomlin, Esquire
tomlinc@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Telephone: 856.761.3400
Facsimile: 856.761.1020
*Attorneys for Defendants LG Electronics, Inc.
and LG Electronics USA, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH MOULTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.<br><br>Defendants. | CIVIL ACTION NO. 2:11-cv-04073-JLL<br><br>**CONSENT ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE** |

THIS MATTER having been opened to the Court by Ballard Spahr LLP, counsel for defendants LG Electronics, Inc. and LG Electronics USA, Inc. ("Defendants"), by way of an application, with agreement of Plaintiff counsel, for an order extending the deadline by which Defendants must answer, move, or otherwise respond to the First Amended Complaint and setting a briefing schedule; and it being understood that Defendant LG Electronics, Inc. continues to reserve all arguments with respect to service of process and jurisdiction over Defendant LG Electronics, Inc.; and for good cause shown;

IT IS THIS 27 day of March, 2012 hereby ORDERED: That the deadline by which Defendants must answer, move, or otherwise respond to the First Amended Complaint is extended up to and including April 27, 2012; and that if Defendants file a motion to dismiss the First Amended Complaint, Plaintiffs will have up to and including June 11, 2012 to oppose Defendants' motion; and that Defendants will have up to and including June 25, 2012 to file a reply.

IT IS SO ORDERED

_____
HON. JOSE L. LINARES, U.S.D.J.

By their signatures, the counsel below consent to the form and substance of this Order and its immediate entry on the docket.

/s Gary S. Graifman
Gary S. Graifman, Esq.
KANTROWITZ, GOLDHAMER &
GRAIFMAN P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
*Attorney for Plaintiffs*

/s Christopher N. Tomlin
Christopher N. Tomlin, Esq.
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
*Attorneys for Defendants*