# Ballard Spahr LLP

210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Christopher N. Tomlin
Direct: 856.673.3840
Fax: 856.761.1020
tomlinc@ballardspahr.com

April 9, 2012

*By Electronic Filing*

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
M.L. King Jr. Federal Building & Courthouse
4th Floor
50 Walnut Street
Newark, NJ 07102

Re: Moulton v. LG Electronics USA, Inc.
<u>Civil Action No. 11-cv-4073</u>

Dear Judge Hammer:

We represent defendants LG Electronics, Inc. and LG Electronics USA, Inc. in the above-referenced matter. We write with respect to the status conference currently scheduled to take place by telephone on April 13, 2012. My co-counsel, Sandra McCallion, wishes to participate in the status conference, but unavoidably must attend a court-ordered deposition on this date. In light of this scheduling conflict, and the Court's extension of Defendants' time to answer or otherwise respond to the First Amended Complaint to April 27, 2012, we respectfully request that the Court postpone or reschedule the April 13 status conference. Counsel for plaintiffs does not object to this request.

Respectfully submitted,

Christopher N. Tomlin

CNT/dc

cc: Counsel of Record (via ECF)

DMEAST #14862587 v1

A PA Limited Liability Partnership | Steven W. Suflas, Managing Partner

Atlanta | Baltimore | Bethesda | Denver | Las Vegas | Los Angeles | New Jersey | Philadelphia | Phoenix | Salt Lake City | San Diego
Washington, DC | Wilmington | www.ballardspahr.com