UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

John B. Kearney
kearneyj@ballardspahr.com
Christopher N. Tomlin
tomlinc@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
Telephone: (856) 761-3400
Facsimile: (856) 761-1020

Sandra C. McCallion
smccallion@cohengresser.com
Thomas E. Bezanson
tbezanson@cohengresser.com
Melanie A. Grossman
mgrossman@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

*Attorneys for Defendant LG Electronics USA, Inc.*

------------------------------------------------------------------ x

| | |
|---|---|
| DEBORAH MOULTON, STEVEN K. COLE and DAVID SLEBVAK, individually and on behalf of all others similarly situated, :<br>                              Plaintiff, :<br>                                         :<br>        - against -                      :<br>                                         :<br>LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC. :<br>                                         :<br>                              Defendants. | 2:11-cv-04073-JLL<br><br>*Document Electronically Filed* |

------------------------------------------------------------------ x

## NOTICE OF DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

**PLEASE TAKE NOTICE** that the undersigned, counsel for Defendant LG Electronics USA, Inc. ("Defendant"), shall move on July 2, 2012, at 9:00 a.m., or as soon thereafter as counsel may be heard, before the United States District Court for the District of New Jersey, the Honorable Jose L. Linares presiding, at theMartin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order Dismissing Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

**PLEASE TAKE FURTHER NOTICE** that counsel shall rely on the accompanying Memorandum of Law and Certification of Melanie A. Grossman (with attached exhibits) in support of said Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in said Motion must be timely filed with the Court and served on counsel for Defendant.

**PLEASE TAKE FURTHER NOTICE** that Defendant hereby requests oral argument on said Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto.

Dated: April 27, 2012

Respectfully submitted,

By:   Christopher N. Tomlin
John B. Kearney
kearneyj@ballardspahr.com
Christopher N. Tomlin
tomlinc@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
Telephone: (856) 761-3400

Facsimile: (856) 761-1020

Of Counsel:
Sandra C. McCallion
smccallion@cohengresser.com
Thomas E. Bezanson
tbezanson@cohengresser.com
Melanie A. Grossman
mgrossman@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

*Attorneys for Defendant LG Electronics USA, Inc.*