UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| DEBORAH MOULTON, STEVEN K. COLE and DAVID SLEBVAK, individually and on behalf of all others similarly situated,<br>　　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.<br><br>Defendants. | 2:11-cv-04073-JLL<br><br>*Document Electronically Filed* |

## ORDER

**THIS MATTER** having come before the Court upon the Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, filed by Defendant LG Electronics USA, Inc. ("Defendant"); and the Court having considered the arguments in support of the Motion, as well as any arguments in opposition thereto; and good cause having been shown;

**IT IS THIS** \_\_\_\_ day of _____, 2012 hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** in its entirety as against Defendant.

_____
JOSE L. LINARES, U.S.D.J.