## CERTIFICATE OF SERVICE

I, Christopher N. Tomlin, certify that, on this day, I caused the foregoing Motion to Dismiss, and all supporting documents, to be electronically filed with the Court, with a courtesy copy served via ECF and regular mail to the following:

Gary S. Graifman, Esq
Kantrowitz, Goldhamer, & Graifman, P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY  10977
T: 845.356.2570
ggraifman@kgglaw.com
*Attorneys for plaintiff*

Thomas P. Sobran, Esq.
7 Evergreen Lane
Hingham, MA  02043
T:  781.741.6075
tsobran@sobranlaw.com

*Attorneys for plaintiff*

Date: April 27, 2012

　　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher N. Tomlin
　　　　　　　　　　　　　　　　　　　　　　Christopher N. Tomlin