**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| DEBORAH MOULTON, et al., individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>LG Electronics, Inc. and LG Electronics USA, Inc.,<br><br>           Defendants. | Civil Action No. 2:11-CV-04073-JLL-MAH<br><br>**CLASS ACTION** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2012, I electronically filed a true and correct copy of the *Opposition of Deborah Moulton, et al to LG's Motion to Dismiss The First Amended Class Action Complaint* with the Clerk of the Court using the CM/ECF system which will send notification to those attorneys who are duly registered with the CM/ECF System.


                                             s/ *Gary S. Graifman*
                                             Gary S. Graifman