NOT FOR PUBLICATION                                                                            CLOSED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH MOULTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS USA, INC., et al.,<br><br>Defendants. | Civil Action No.: 11-4073 (JLL)<br><br><br>ORDER |

**LINARES**, District Judge.

This matter comes before the Court of Defendants' motion to dismiss Plaintiffs' complaint in its entirety. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this 21 day of August, 2012

**ORDERED** that Defendants' motion is granted and Plaintiffs' complaint is dismissed with prejudice; and it is further

**ORDERED** that the Clerk of the Court shall close the file in this matter.

**SO ORDERED.**

JOSE L. LINARES
U.S. DISTRICT JUDGE