UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DEBORAH MOULTON, <br> STEVEN K. COLE and <br> DAVID SLEBVAK, <br> individually and on <br> behalf of all others <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LG Electronics, Inc. and <br> LG Electronics USA, Inc., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 2:11-cv-04073-JLL |

**CONSENT ORDER ENLARGING TIME FOR PLAINTIFFS TO FILE A MOTION AND SUPPORTING MEMORANDUM FOR RECONSIDERATION OF THE DISMISSAL OF THE CLASS ACTION COMPLAINT**

With the consent of counsel for the respective parties, it is hereby ORDERED that the time that Plaintiffs shall file a motion and supporting memorandum requesting the Court to reconsider the dismissal of the class action complaint is enlarged to and including September 13, 2012. The response of LG Electronics, Inc. shall be filed on or before October 10, 2012.

HON. JOSE L. LINARES, U.S.D.J.

Entered: 8/24/12